IN THE UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

WESTERN DIVISION

| | |
|---|---|
| TRAVIS VEAL, TUCKER VEAL, and JACQUELYN WATSON, Individually and on behalf of J.E.W.V., a Minor,<br><br>    Plaintiffs,<br><br>vs.<br><br>GENERALMOTORS LLC,<br><br>    Defendant. | CIV. 16-5118<br><br>STIPULATION FOR DISMISSAL |

Travis Veal, Tucker Veal, and Jacquelyn Watson, individually and on behalf of J.E.W.V., a minor, Plaintiffs above-named, and General Motors, LLC, Defendant above named, have negotiated a settlement of their dispute made the subject of the above-captioned matter. Plaintiffs, by and through their undersigned counsel, Robin Zephier, and Defendant, by and through its undersigned counsel, Jerry D. Johnson, hereby stipulate consistent with the provisions of Fed. R. Civ. P. 41(a)(1)(A)(ii) and agree that Plaintiffs' claims against the Defendant can be dismissed with prejudice and without cost to said parties.

Dated this 30th day of January, 2018.

ABOUREZK, ZEPHIER & LAFLEUR

_____
Robin Zephier, Attorney for Plaintiffs
P. O. Box 9460, 2020 West Omah
Rapid City, SD 57709
605-342-0097

Dated this 20th day of March, 2018.

                                              JERRY JOHNSON LAW FIRM

                                              _____

                                              Jerry D. Johnson, Attorney for Defendant
                                              General Motors LLC
                                              909 St. Joseph St., Suite 800
                                              Rapid City, SD 57701
                                              Telephone:  791-4041
                                              jdjbjck@aol.com